## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
___PENSACOLA_____ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Jayson Robert Willis

Inmate # 168182

(Enter full name of Plaintiff)

AMENDED COMPLAINT

vs.

CASE NO: __3:18cv86-LC /EMT___
(To be assigned by Clerk)

Tim Mills, Ass. Warden,
James Pridgen, Major,
Sonya Carroll, Class. Supervisor
Michelle Smith, Classification
C. Greene, Rep. of sec. of FDC

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

PROVIDED TO HARDEE CORRECTIONAL
INSTITUTION ON 1-27-18 FOR MAILING
INMATE LEGAL MAIL

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

## I.   PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:     Jayson Robert Willis

Inmate Number          168182

Prison or Jail:        Hardee C. I.

Mailing address:       6901 st. Rd. 62

                       Bowling Green

                       FL  33834

## II.   DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address.  Do the same for **every** Defendant:

(1)   Defendant's name:    Tim Mills

      Official position:   Assistant Warden

      Employed at:         Walton C. I.

      Mailing address:     691 institution Rd

                           Defuniak springs FL  32433

(2)   Defendant's name:    James Pridgen

      Official position:   Major

      Employed at:         Walton C I

      Mailing address:     691 Instotution Rd

                           Defuniak springs FL  32433

(3)   Defendant's name:    Sonya Carroll

      Official position:   Classification Supervisor

      Employed at:         Walton C. I.

      Mailing address:     691 Institution Rd

                           Defuniak springs FL  32433

## ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

Michelle Smith
classification
Walton C.I.
691 Institution Rd
Defuniak springs FL 32433

C. Greene
Seciatary of FDC's Representative
FDC central office
501 S. Calhoun St.
Tall. FL

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.   PREVIOUS LAWSUITS

NOTE:  FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE.  IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes(  )                        No( ✓ )

1.   Parties to previous action:
(a)   Plaintiff(s): _____

(b)   Defendant(s): _____

2.   Name of judge: _____        Case #: _____

3.   County and judicial circuit: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(  )                        No( ✓ )

1.   Parties to previous action:
a.   Plaintiff(s): _____

b.   Defendant(s): _____

2.   District and judicial division: _____

3.   Name of judge: _____        Case #: _____

4.   Approximate filing date: _____

5.   If not still pending, date of dismissal: _____

6.   Reason for dismissal: _____

3

7.     Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.     Have you initiated other actions (*besides those listed above in Questions (A) and (B))* in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(  )                          No( ✓ )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.     Parties to previous action:
       a.     Plaintiff(s): _____

       b.     Defendant(s): _____

2.     District and judicial division: _____

3.     Name of judge: _____     Case #: _____

4.     Approximate filing date: _____

5.     If not still pending, date of dismissal: _____

6.     Reason for dismissal: _____

7.     Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.     Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(  )                          No( ✓ )

1.     Parties to previous action:
       a.     Plaintiff(s): _____

       b.     Defendant(s): _____

2.     District and judicial division: _____

3.     Name of judge: _____     Case Docket # _____

4.     Approximate filing date: _____     Dismissal date: _____

5.     Reason for dismissal: _____

4

6.    Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (**If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.**)

1    On 10-16-16, while housed at Franklin C.I. I was stabbed by a Blood gang member. I went to medical and was treated. I requested PM and informed staff that the Bloods had a hit on me. I was transferred and the incident was documented in my file.

2    On 5-25-17, while housed at Walton C.I., I was informed by a fellow inmate that the Bloods had become aware of my situation and that they were coming for me again. At that time I requested PM and was placed in AC confinement pending a PM review.

3    On 6-20-17 I saw I.C.T. The team members were Tim Mills, James Pridgen, and Sonya Carroll. Tim Mills was also on the Ict team that reccommended my pm transfer from Franklin C.I. Tim Mills stated that he remembered me from Franklin. I explained my situation and asked them to check my file to verify that the Bloods had a hit on me and had in fact stabbed me at Franklin. I said that my life was in danger on that compound and I had to be moved.

5

4  Tim Mills said that he did not believe that
   I was scared. He brought up my violent DR
   history and my STG file and said he thought
   that I was just trying to get transferred.

5  James Pridgen made several racist comments
   and called me a coward. He agreed that I
   was not scared and he said I was trying to
   get a free transfer.

6  Sonya Carroll also agreed with Tim and
   James and the three of them made severall
   jokes at my expense before they finally denied
   my request for PM. This was a group decision
   made by all 3 of them.

7  On 6-23-17, Michelle Smith came to my cell
   and informed me that state classification had
   agreed with ICT and my request for PM was
   officially denied.

8  On 6-27-17, I filed an appeal to the
   Secretary of FDC. On 8-1-17, my appeal was
   denied. The signature on the response was
   from C. Greene, a representative of the secretary
   of FDC. He stated that he agreed with
   ICT and State class and he denied my appeal.

9  I spoke with Michelle Smith again after
   my appeal was denied and she told me that she
   would start the PM process over and she had
   me fill out a new statement and I stayed in
   Ac confinement waiting to see ICT again.

10 On 8-23-17 I was released from confinement.
   I tried to refuse but I had no choice but to
   go back to open population. Michelle Smith

is in charge of who gets released and she ordered my release back to open population.

11    On 9-8-17 I was at rec and a Blood snuck up behind me and grabbed my head and cut my face, then ran away. When I looked around I was surrounded by Bloods. I ran and was stopped by the officer monitoring sidewalk traffic. I was escorted to medical where my wounds were treated and I was placed in Ac confinement pending pm Review again.

12    I am now permanently disfigured and mentally traumatized by the events that should have been avoided. My injury and mental state are a direct result of not only deliberate indifference but pure malice on the part of FDC employees.

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific.  Number each separate claim and relate it to the facts alleged in Section V.  **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

My right to protection from harm under the 8th amendment was violated by deliberate indifference and severe malicious intent when my request for protection was denied

## VII.    RELIEF REQUESTED:

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.

50,000# compensatory Damages from each defendant
150,000# punitive damages from each defendant
All costs to the plaintiff pertaining to this Action.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

1-27-18
(Date)

_____
(Signature of Plaintiff)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the 27 day of January , 20 18.

_____
(Signature of Plaintiff)

Revised 03/07

7



Jayson Willis 168182
Hardee Correctional Institution
6901 St. Rd. 62
Bowling Green FL
33834

CHECKED JAN 31 2018

Clerk

LEGAL
MAIL

U.S. DISTRICT COURT
100 NORTH PALAFOX STREET,
PENSACOLA, FL 32502