JESSICA LYUBLANOVITS
CLERK OF COURT
1 N PALAFOX STREET
PENSACOLA, FLORIDA 32502
850.435.8440
850.433.5972 FAX

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF FLORIDA
**OFFICE OF THE CLERK**

RICHARD MILDENBERGER
CHIEF DEPUTY CLERK
111 N. ADAMS STREET
TALLAHASSEE, FLORIDA 32301-7717
850.521.3501
850.521.3656 FAX

Visit our web site at www.flnd.uscourts.gov

Reply to: Pensacola

**November 30, 2018**

**JAYSON ROBERT WILLIS**
168182
LAKE CORRECTIONAL INSTITUTION
19225 US HWY 27
CLERMONT, FL 34715

RE:   Letter of Inquiry
      Case #3:18-cv-00086-LC-EMT

Mr. Willis -

This letter is in response to your inquiry we received 11/30/2018 regarding the status of your case. Your case is under review by the Magistrate Judge and you will receive copies of any order(s) as they are entered. Please keep the court informed of any address changes to ensure you receive any correspondence from this office.

Sincerely,
JESSICA J. LYUBLANOVITS
CLERK OF COURT

/s/ *M. Broussard*
By: Deputy Clerk

*The mission of the Office of the Clerk of the Northern District of Florida is to provide superior service to the public and the Court.*

Gainesville Division
401 SE 1st Avenue
Gainesville, Florida 32601
352 380 2400
352 380 2424 FAX

Pensacola Division
1 N. Palafox Street
Pensacola, Florida 32502-5658
850.435.8440
850.433.5972 FAX

Tallahassee Division
111 N. Adams Street
Tallahassee, Florida 32301-7717
850 521 3501
850.521 3656 FAX

Panama City Division
30 W. Government Street
Panama City, Florida 32401
850.769 4556
850.769 7528 FAX