IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAYSON ROBERT WILLIS,
Inmate No. 168182,
    Plaintiff,

vs.                      Case No.: 3:18cv86/LAC/EMT

TIM MILLS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated December 12, 2018, Plaintiff was given thirty (30) days in which to file a second amended complaint and to show cause to the court regarding his failure to provide ongoing partial payments toward his filing fee (ECF No. 21). Plaintiff was subsequently given an extension of time to March 6, 2019, in which to file his second amended complaint and to show cause for his failure to provide ongoing partial fee payments (ECF No. 24). On March 12, 2019, after Plaintiff had failed to file a second amended complaint, or show cause for his failure to provide ongoing partial fee payments by the deadline, the court issued an order

requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 25). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to file a second amended complaint, show cause for his failure to provide ongoing partial fee payments, or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 3rd day of April 2019.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.

Case No.: 3:18cv86/LAC/EMT